

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

# United States District Court
### for the
### Northern District of Oklahoma

**FILED**

SEP 2 9 2021

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Case No. **21 CV - 422 GKF · SH**

*(to be filled in by the Clerk's Office)*

Otis Mays
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

See attachment
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

✓ Mail  ___ No Cert Svc  ___ No Orig Sig

___ C/J  ___ C/MJ  ___ C/Ret'd  ___ No En

___ No Cpys  ✓ No Env/Cpys  ___ O/J  ___ O/N

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     Otis Mays

All other names by which
you have been known:

ID Number     21013

Current Institution     Sherburne County Jail

Address     13880 Business Center Dr.

| City | State | Zip Code |
|------|-------|----------|
| Elk River | MN | 55330 |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name     Grady County Law enforcement center

Job or Title *(if known)*

Shield Number

Employer     Grady County

Address     215. N. 3rd Street

Chickasha     OK     73018

| City | State | Zip Code |
|------|-------|----------|

☑ Individual capacity     ☐ Official capacity

Defendant No. 2

Name     Nye

Job or Title *(if known)*     Sersent

Shield Number     Unknown

Employer     Grady County Law enforcement center

Address     215. N. 3rd Street

Chickasha     OK     73018

| City | State | Zip Code |
|------|-------|----------|

☑ Individual capacity     ☐ Official capacity

Otis Mays
Plaintiff

V.

Grudy County Law enforcement
@ SGT. Nye

| | | |
|---|---|---|
| SGT. Sheldon | John doe #3 | Corprul Pinya |
| officer riley | John doe #4 | Corprail Maples |
| officer Wright | Jane doe #1 | Copprul Hanson |
| Nurse | Jane doe #2 | SGT. Tucker |
| Medical | Jane doe #3 | CO Cude |
| John doe #1 | Jane doe #4 | CO lenny |
| John doe #2 | Jane doe #5 | Cupt Forsythe |
| LT Tucker | LT Lenney | Cupt Carpenter |
| LT Lancey, o | Dr. Maliki | Grady county |

State unknown medical cumpuny.
I am suing all defendants In their
Individual and official capacity.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

Defendant No. 3
    Name                   Riley
    Job or Title *(if known)*    CO or CSA
    Shield Number        Unknown
    Employer            Grady County Law Enforcement Center
    Address             215. N. 3rd Street
                         Chickasha     OK     73108
                              *City*        *State*     *Zip Code*
                     ☑ Individual capacity    ☑ Official capacity

Defendant No. 4
    Name                   CO Folower
    Job or Title *(if known)*    Correctional officer (CO)
    Shield Number        Unknown
    Employer            Grady County Law enforcement center
    Address             215. N 3rd Street.
                         Chickasha     OK     73108
                              *City*        *State*     *Zip Code*
                     ☑ Individual capacity    ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

     ☐ Federal officials (a *Bivens* claim)

     ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☑ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☑ Convicted and sentenced federal prisoner
- ☑ Other *(explain)*   I'm being resentenced so I'm not sure if I'm pretrial detainee or an convicted federal Prisoner.

## IV.  Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

See attached

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

See attached

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

*See Attachment*

D.     What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

*See Attached*

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

*See Attached*

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

*See Attached*

Claim # 1

On 8- -21 I arrived at the Grady County Jail where an unknown medical department and staff such as Jane doe #1 and Jane doe #2 refused to give me my prescribed seizure medication. This went on for more then 3 days. On 8-18-21 I had a seizure.

Claim #2

On approximently 8-17/8-18-21 I was forced to sleep on a top bunk by Jail staff after I repeatedlly told them I could not do so do to my seizure. I told CO Relley, John doe #3, John doe #5, John doe#4 all that I had wrote medical multiple times and that medical also stated I was bottom bunk approved medically but the officer decline to move me to a bottom bunk. Then after I refused to continue to go up on the top bunk the officer forcefum moved me to a 2 men cell and then forced me on another top bunk which I end up having

a seizure on 8-17 or 8-18 causins
me to fall off the top bonk
and Induryins my back, Arm, eyes
Shoulder, hund, tooth, head and Back,
Insides. Co Pinyeu corprul and ~~Doow~~
another corprul where the one that
made me so Into the 2 men cell.

On 8-16-21 I told June doe #          Claim #3
dorms Evenins / night PM call that
I had seizure but was not on a
bottom bunk. She told the officer
and he said he needs to find himself
a bottom bunk then not my Job.
June doe said all I cun do Is
ask them I cun't make them
give you a bottom bunk.

Claim #4
On 8-12-17. I was In my unit when
I seen two Inmates who also huve
seizure but where Placed on top
bunks Instead of bottom bunks
Be forced to sit In lock down
for refusins to continue to set on
a top bunk.
The Grady county Jail hus an unwritten

rule to Place Inmates that are
listed as seizure to be Place In
dunser by Placing them on top
bunks. I seen this happen to
Three different Inmates.

## Claim #5

In August of 2021 I was seen by
John doe the Jall medical provider
resarding my Injorys from my fall
off top bunk. He Stated that he would
Provide me with oural Gel for my crack
tooth for the Pain Issue and have
me see a dentist and order me
to have X-ray because he believe my
Shoulder could have been fractured or
dislocated, presoribed me Pain Pills.
I never had the X-ray he order
nor Seen a dentist nor got the oural
Gel. I've had to deal with great
Pain every time I eat. My Shoulder
Is visubly out of Place, My tooth Is
visubly Chipped and I Still am havins
blood In my orine. I wrote multiple
request to be Seen but was never
reseene. The was a male co and
female nursins Staff present also.

Claim #6

From Aus-13 + Sep 1st I wrote multiple request, grivences as well as verbally talked to multiple Jail Staff such as SGT. Tucker, SGT. Nye, SGT Sheldon, SGT LT. Lanny, LT Tucker, Capt carpinter, capt Forsisht, Corp maples, Corp Haneson, corp K, Corp pinyea, CO Lance, CO Riley, CO Horton, CO wrisht, CO lanney, Jane doe 1-10 and John doe 1-10 all resardins my Appeal I had been order to type by the 8th cir court of appeals. I showed each of them the latter and order from the court but everyone Isnored me or said that their was nothins they could du to help me because their LT. said I could not type it. Even thoush LT. Lanny seen the order he still denied me to type it. I was unable to do my appeal.

Claim #7

From Aus-13 un till sep 1st I filed multiple request and srievances to LT. Lanny and Capt. Forsisht askins to be allowed to make a lesal call but was denied to do so because the phones In the hawms Unats would not work if it was a voice prompt. I was unable to communicate with

MY court of appeals or the district court or even the federal deffenders office. All because thay had voice prompts. The Jail has other Phones they allow legal calls from. Due to this I was unable to communicate with my court and could not fice my typed appeal In time like the court ordered.

---

## Claim # 8

The Grady county Jail and It's Staff have an unwritten Policy to not give an Inmate a Disciplinary hearing If they are given a disciplinary suction. I along with seven other Inmates where given disciplinary Charges but none where given an disciplinary hearing. SGt. Wyit told me they can do What ever It. they want that's Just how Grady county dues It.

I was given a disciplinary suction for refusing a bunk assignment. Do to the fact they repeatedlly attempted to put me on a top bunk. I was then placed In a lock down unit and told I would be their until I left the

Jail.

# Claim #9

On approximently Aus 19th. I refused a cell assisnment due to the fact that I was beins forced to be on a top bunk. Which put my health In Jepordy. So Several Jail Staff came to the unit Corpral Pinya, CO Foller and some unknown Jail Staff. I told them I was not goins Into the cell because I had Seizures and that I had already had one seizure and fell off a top bunk. CO Foller Sald he didn't care then him and other co's forciably grubbed me and forced me Into the cell. While doins So I was punched by CO Foller multiple times.

Claims 6 and 7

I Ask that the court order the Jail and all It's staff to follow all federal orders.

I ask that the Jail pay for the attorney Of my choice or supply me with one to help me get back Into court so I can continue my Appeal fisht.

I ask that LT. O Lanny be suspended for 2 months without pay. or demoted.

I also ask that I be paid $2,000.00 for All the lesal material and money I will have to pay to do lesal research and other lesal expences.

---

Claim # 9

I would like $500 and for co foller to be fired. I would also like for all the other Officers Involved to have to do sensitivity trainns. I would like the court to order foler to do ansermunsement. I would also like corpal pinya demoted. and or suspended without pay for 15 days.

# Relief

Claims # 1, 2, 3, 4,

I am requesting to be Paid $75,000.00 In Punitive and $75,000.00 In actuall damages. Due to Pain and suffering and Medical Bills I will encur to fix my medical Issues.

---

Claim 4.

I ask that the court Issue an order stopping the Jail from putting Inmates on top bunks who have seizures. I also ask for every officer who was Involved with Placing me or other Inmate on top bunks to be suspended without Pay for 2 months and have to write all Inmates they Placed at Risk apprise letter or be fired. I also would like to be Paid $15,000.00 for being Put at Risk repeatedlly.

---

Claim 5

I would like an apprise from the medical Provider and for him to be suspended without Pay for 15 days and to be Given a dental support as well as one for my Arm, back and blood Issue.

_Injuries_

For claims #'s 1, 2, 3,

I suffered a seizure which caused me to fall off a top bunk. Which caused me to Indurier my mouth/tooth/ Light sensitivity, Headaches, Misratns, Right should has little to no ranse of motion, little to no feelins In my right arm, my finser has bone Issues, I urinate blood, and I have this rinsms In my ears, The back Pain I set.

Claims #9

I had marks on my face, cause more Shoulder Pain, Embarasment, emotional Pain

Claims #'s 6, 7

I was unable to type my appeal like the Court of appeals sud so I was unable to put In my Past which I've been told will be consider as me wauins my arsvement so I'll loes.

Claim #8

I was stuck In a disciplinary unit only siven 1 hour out a day of my cell. Stopins me from bems out all day or havins a hearms.

Claim #3

I ~~have~~ am still having the range of
motion issues, still having sharp pains
when ever I eat, drink or have air hit
the back of my mouth, still having migrains,
still having a light sensitivity issue. I
am also still Unable to have any
feelings In my arm and still have the
Issue with urine In my blood.

claim #4

This put me as well as others at a
repeated risk to Involer ourselfs and
bems hurt really bad.

The only medical treatment I ~~somesot~~ sot
was a prescription for nerve pain and
I set my seizure meds. I never sot
the x-ray that the provider requested,
The oral set, To see a penist, I still
have not had my back or blood Issue
examiened.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  If the evidence shows that you did not fully comply with an available prison grievance process before filing this lawsuit, the Court may dismiss the unexhausted claim(s) or grant judgment against you.

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☑ Yes

   ☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _Otis Mays_
   Defendant(s) _Sherburne county Jail_

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _United States district court for Minnesota_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

3.  Docket or index number

Unknown

4.  Name of Judge assigned to your case

Unknown

5.  Approximate date of filing lawsuit

Unknown   2020 or 2019

6.  Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Still ongoing

## IX.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   9-2-21

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

Signature of Plaintiff        *Otis Mays*

Printed Name of Plaintiff     *Otis Mays*

Prison Identification #       ~~XXXXXXXX~~ *21013*

Prison Address                *13880 Business Center Dr.*

*Elk River*                MN        55330
                        City                State        Zip Code

## B.    For Attorneys

Date of signing:    _____

Signature of Attorney     _____

Printed Name of Attorney  _____

Bar Number                _____

Name of Law Firm          _____

Address                   _____

                          _____
                          City          State      Zip Code

Telephone Number          _____

E-mail Address            _____

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746. 18 U.S.C. §1621.

Executed at *Sherburne County Jail*   on  *9-8-21*
                    (Location)                    (Date)

*Otis Mays*
Original Signature of Plaintiff

**Page Belcher**
**Federal Building**
**333 W. 4th Street,**
**Room 411**
**Tulsa, OK  74103**

Please use the following address to ensure mailings are delivered:

United States Courthouse
200 NW 4th St. STE 1210
Oklahoma City, OK  73102

**THE SUITE NUMBER MUST BE INCLUDED FOR DELIVERY**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**
www.okwd.uscourts.gov

**CARMELITA REEDER SHINN**
CLERK OF COURT
**WILLIAM N. PIGOTT, JR.**
CHIEF DEPUTY CLERK

200 N.W. 4th Street, Room 1210
Oklahoma City, OK 73102
(405) 609-5000   Fax (405) 609-5099

Page Belcher Federal Building
333 W. 4th Street,
Room 411
Tulsa, OK  74103
Phone 918.699.4700
       RE:

To Whom It May Concern:

The enclosed misdirected document was received in our court on September 20, 2021.
We are forwarding it to your court for filing.

                         Sincerely,

                         CARMELITA REEDER SHINN, COURT CLERK


                         by:  s/ Damon Beasley
                              Operations Supervisor

**TO:**

OFFICE OF THE CLERK
WILLIAM J. HOLLOWAY, JR. UNITED STATES DISTRICT COURTHOUSE
WESTERN DISTRICT OF OKLAHOMA
200 N.W. 4TH STREET
OKLAHOMA CITY, OKLAHOMA 73102-3092

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED

SEP 2 9 2021

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

FIRST-CLASS

US POSTAGE
$ 001.96
02 7H
0100009216
MAILED FROM ZIP CODE 731

postmark
9/28/21

Otis May
Sherburne county Jail
13880 Business center Dr. Suite 200
Elk River, MN, 55330

Legal Mail

Clerk Of the court
United States District court
200 NW 4th St
Oklahoma City, OK, 73102

RECEIVED

SEP 2 0 '21

CARMELITA _____ H SHINN
BY, CLERK, U.S. DISTRICT COURT

DEPUTY

Minneapolis MN 554
THU 16 SEP 2021 PM

